IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY JOE STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:19-CV-330-WHA-SMD |
| | ) |
| SHERIFF DONALD VALENZA, et al., | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on January 18, 2022 Doc. 36. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 4th day of February 2022.

                    /s/   W. Harold Albritton
                    W. HAROLD ALBRITTON
                    SENIOR UNITED STATES DISTRICT JUDGE